IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THEODUS LINDSAY, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM GLICK, III, et al., )<br>)<br>Defendants. ) | 1:15CV596 |

## ORDER

On May 26, 2016, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant 28 U.S.C. § 636. (ECF Nos. 76, 77.) No objections were filed within the time allowed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's motions for partial summary judgment (ECF Nos. 54, 60) be DENIED without prejudice to Plaintiff refiling a summary judgment motion at the close of discovery.

This, the 22nd day of June, 2016.

/s/ Loretta C. Biggs
United States District Judge